**WADE CLARK MULCAHY LLP** | ATTORNEYS   **MEMO ENDORSED**

180 Maiden Lane | Suite 904 | New York | NY 10038 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

December 1, 2023

*Via ECF*

Hon. Victoria Reznik, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 420
White Plains, NY 10601



Re:  *Thompson's Transport, LLC v. Lisi's Towing Service, Inc.*
    Docket No. 7:23-cv-02385 (VR)

Dear Judge Reznik:

This office represents defendant Lisi's Towing Service, Inc. in this action.  Pursuant to the Court's Order issued during the November 1, 2023 telephonic status conference, the parties provide this joint status letter.

The parties continue to work cordially through discovery.  Since that last Court conference, the parties met and conferred regarding discovery and defendant provided a partial response to Plaintiff's deficiency letter, although an additional response is anticipated and Defendant has indicated that it intends to issue certain follow up requests.  The parties also believe that continued settlement discussions may be productive following a disposition on the pending motion to dismiss Defendant's Counterclaim.  To that end, the parties respectfully request that the close of all discovery be extended 30 days to February 5, 2024 from the current deadline of January 5, 2024 to allow sufficient time for the completion of paper discovery and party depositions.

Respectfully,

WADE CLARK MULCAHY LLP

/s/

**By: Abed Z. Bhuyan**

CC: All Counsel of Record (via ECF)

The parties' request for an extension of discovery is **GRANTED**.  Discovery shall be completed by **February 5, 2024**.

APPLICATION GRANTED

*[signature]*

**Dated:** December 4, 2023   Hon. Victoria Reznik, U.S.M.J.