UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Thompsons's Transport LLC,

                          Plaintiff(s),                7:23-cv-02385-VR

            -against-

Lisi's Towing Service, Inc.,                               **ORDER**

                          Defendant(s).
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court having been advised that all claims asserted in the above-entitled action are settled, it is hereby

ORDERED, that the above-entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within thirty (30) days from the date of this Order.

      SO ORDERED.

DATED:    White Plains, New York
                6/27/24

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: Jun 27, 2024